SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ERIKA JOHNSON-BROOKS (Cal. Bar No. 210908)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    E-mail: Erika.Johnson@usdoj.gov

JS-6

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JILES AND SCOTT CHRISTY,<br><br>Plaintiffs,<br><br>– v. –<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendant. | No. **SACV 16-01433 JVS (JCGx)**<br><br>and consolidatd action<br><br>SACV 16-01722 JVS(JCGx)<br><br>ORDER RE: STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL<br><br>Honorable James V. Selna |

**IT IS HEREBY ORDERED:**

The Stipulation for Compromise Settlement may be filed herein.

The action is dismissed in its entirety with prejudice. Each side to bear its own costs.

DATED: June 15, 2017

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE

1